FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 20 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

COMPLAINT

Cooley
(Last Name)        (Identification Number)

DeMarco
(First Name)        (Middle Name)

Jasper County Jail
(Institution)

29 W. 8th Ave., Bay Springs, MS 39422
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.   CIVIL ACTION NUMBER: 2:17cv175-KS-MTP
(to be completed by the Court)

Gloria Stephens (individually); Randy Johnson (individually); Sheriff's Dept. Jasper County, Mississippi; Eddie Helms; Sandy Stephens (both individually); Board of Supervisors Jasper County; Doug Rogers; Johnny Rowell and Curtis Gray all three (individually) and their Personal Homeowner Insurance Co., and both Gloria Stephens and Randy Johnson-Personal Homeowner Insurance Co. but Not limited to, and Others UNKNOWN To Plaintiff and he reserves the Rights to add them as they become known to him at a later date, in good faith.

(Enter the full name of the defendant(s) in this action)

GENERAL INFORMATION

A.   At the time of the incident complained of in this complaint, were you incarcerated?
     Yes (X)    No ( )

B.   Are you presently incarcerated?
     Yes (X)    No ( )

C.   At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
     Yes ( )    No (X)

D.   Are you presently incarcerated for a parole or probation violation?
     Yes ( )    No (X)

E.   At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
     Yes ( )    No (X)

F.   Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
     Yes ( )    No (X)

PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: **DeMarco Cooley**          Prisoner Number: **N/A**

Address: **Jasper County Jail - P.O. Box 464, Bay Springs, MS 39422**

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: **Gloria Stephens (individually)** is employed as **Administrator** at **Jasper County Jail - 29 W. 8th Ave., Bay Springs, MS 39422**.

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: **DeMarco Cooley**

ADDRESS: **Jasper County Jail - P.O. Box 464, Bay Springs, MS 39422**

DEFENDANT(S):

NAME:
- Gloria Stephens (individually)
- Randy Johnson (individually)
- Sheriff's Dept. Jasper County, MS
- Eddie Helms (individually)
- Sandy Stephens (individually)
- Doug Rogers (individually)
- Johnny Rowell (individually)
- Board of Supervisors, Jasper County, MS
- Curtis Gray (individually)

ADDRESS:
- 29 W. 8th Ave., Bay Springs, MS 39422
- 29 W. 8th Ave., Bay Springs, MS 39422
- 29 W. 8th Ave., Bay Springs, MS 39422
- both P.O. Box 406 - Bay Springs, MS 39422 "Office of Chancery Clerk"
- both P.O. Box 406 - Bay Springs, MS 39422 "Office of Chancery Clerk"
- P.O. Box 406 - Bay Springs, MS 39422
- P.O. Box 406 - Bay Springs, MS 39422 "Office of Chancery Clerk"

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action:_____
2. Court (if federal court, name the district; if state court, name the county):____
3. Docket Number:_____
4. Name of judge to whom case was assigned:_____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

CASE NUMBER 2.
1. Parties to the action:_____
2. Court (if federal court, name the district; if state court, name the county):____
3. Docket Number:_____
4. Name of judge to whom case was assigned:_____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Gloria Stephens put me in Lock Down cell because a white mail inmate name Chance Stewart, call me a racial name "Nigger" and we got into a physical fight. Foundly I was put in Solitary Confinement without benefit of any prior hearing; access to communicate with an attorney; Medical treatment; Provide Legal assistance; access to legal law materials; to properly contact my family, but not limited to, by the Named Defendant(s) both (individuals) (Gloria Stephens; Randy Johnson; Sheriff's Dept. Jasper County, Mississippi; Board of Supervisors of Jasper County, Mississippi and others unknown to plaintiff, without any prior disciplinary proceedings and the so called inmate legal assistance program SEE ATTACHMENT does not meet Constitutional standards.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. I am seeking twenty Eight millions Dollars ($28,000,000.00) for actual damage(s) plus one Billion Dollars ($1,000,000,000.00) for puntative damage; plus one million dollars is to be donated to the following Churches ($1,000,000.00) each - St. John M.B. Church, Heidelberg, MS; New Hopewell M.B. Church, Moss, MS; Mt. Zion M.B. Baptist, Stringer, MS; Chapel Hill M.B. Church, Pachuta, MS; East Gallie M.B. Church, Rose Hill, MS; Rocky Mountain M.B. Church, Paulding, MS; County Line M.B. Church, Paulding, MS; Leona ~~Rogers~~ Methodist Church, Heidelberg, MS and Spring Hill Methodist Church, Paulding, MS. I am demanding injuctive relief, and a JURY TRIAL!

Signed this 16 day of October, 2017.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

X. Demarco Cooley
Signature of plaintiff